**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DAVID LEE REDIX, JR.                                                                    PLAINTIFF

v.                                                  4:26-cv-00236-JM

MELVIN REDIX, JR., Sergeant,
Dub Brassell Detention Center; *et al.*                                         DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe.   (Doc. 6)   No objections have been filed, and the time to do so has passed.   After

careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice for failing to state a

claim upon which relief may be granted.   In the future, dismissal of this action should be counted

as a strike under 28 U.S.C. § 1915(g).   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an

*in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in

good faith.

Dated this 1st day of June 2026.

_____
UNITED STATES DISTRICT JUDGE