**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DAVID LEE REDIX, JR.                                                    PLAINTIFF

v.                                          4:26-cv-00236-JM

MELVIN REDIX, JR., Sergeant,
Dub Brassell Detention Center; *et al.*                        DEFENDANTS

**<u>JUDGMENT</u>**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 1st day of June 2026.

_____
UNITED STATES DISTRICT JUDGE